Robert L. Zaletel, Esq. (SB# 096262)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202
RZaletel@mbvz.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT A. THOMAS, | Case No.  CIV S-04-1007 FCD GGH |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL WITH PREJUDICE, AND ORDER THEREON** |
| UNION PACIFIC RAILROAD COMPANY and DOES 1-100, | |
| Defendants. | |
| _____/ | |

Pursuant to the settlement between the parties, they hereby stipulate through their undersigned counsel that this action be dismissed with prejudice, each side to bear its own costs and attorneys fees.

IT IS SO STIPULATED

Dated:  July 25, 2005             McQUAID BEDFORD & VAN ZANDT, LLP

By: /s/Robert Zaletel_____
            Robert L. Zaletel
            Attorneys for Defendant
            UNION PACIFIC RAILROAD COMPANY

1  IT IS SO STIPULATED.

2  Dated: <u>July 27, 2005</u>                    LEO F. DONAHUE, INC.

3

4                                                By: <u>/s/ Leo F. Donahue</u>
5                                                    Leo F. Donahue
                                                    Attorneys for Plaintiff
6                                                    VINCENT A. THOMAS

7

8

9                              **<u>ORDER</u>**

10       Pursuant to the stipulation of the parties, the action is hereby dismissed with prejudice.

11  DATED: August 3, 2005.

12

13                                                <u>/s/ Frank C. Damrell Jr.</u>
                                                 Honorable Frank C. Damrell, Jr.
14                                               US District Judge

15
    G:\DOCS\FCD\orders to be signed\THOMAS-UP dism 0803.wpd
16

17

18

19

20

21

22

23

24

25

26

27

28

MB
VZ  McQUAID
    BEDFORD &
    VAN ZANDT LLP

REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER